IRVING LEVINE ET AL., TRADING AS LEVINE AND ENG-
LANDER, PLAINTIFFS-APPELLEES, v. ETTA GOLD-
STEIN AND MORRIS GOLDSTEIN, DEFENDANTS-AP-
PELLANTS.

Submitted May 13, 1927—Decided August 26, 1927.

Contracts—Agreement to Secure Mortgage Loan Which Defend-
ant Breached—Judgment for Plaintiff—Held, That There is
Nothing Before Court Upon Which it Can Pass Upon Ques-
tion of Amount of Damages—Other Points Considered and
Judgment Affirmed.

On appeal from the Passaic District Court.

Before Justices PARKER, MINTURN and CAMPBELL.

For the appellants, *Feder & Rinzler.*

For the appellees, *Victor Greenberg.*

PER CURIAM.

This was a suit upon a contract to secure and furnish a
mortgage loan in which it is alleged that the appellants
breached the contract by refusing to accept the loan procured.

The cause was tried by the judge of the District Court
and a jury, and resulted in a verdict and judgment in favor
of appellees for $467.

Points one, two and four are that the trial court charged
that if the jury found in favor of appellees the verdict should
be for $467.

The complaint against this is that the amount of damages
was a question to be determined by the jury. There is noth-
ing before us upon which we can pass upon this question
other than the state of the case which sets forth that this
was the amount of damage established.

Point three is that although the judge was present the clerk
of the court received the verdict. We are unable to see any-
thing irregular or harmful in this.

Point five is that the clerk refused to poll the jury. There is nothing before us showing that a request to poll was made. Point six is there was no evidence of actual damage. This has already been disposed of under points one, two and four. The judgment under review is affirmed, with costs.